QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES LOZIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-04-453 FCD |
| | ) | |
| Plaintiff, | ) | **AMENDED** |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| JAMES LOZIER, | ) | Date:  May 16, 2005 |
| | ) | Time:  9:30 a.m. |
| Defendant. | ) | Judge: Hon. Frank C. Damrell |
| | ) | |
| _____ | ) | |

It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference date of April 18, 2005 be vacated and a new Status Conference date of May 16, 2005 at 9:30 a.m. be set.

This continuance is being requested because defense counsel is conducting ongoing investigation in this case.

The period from April 18, 2005 through and to May 16, 2005 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4

///

///

1   based upon continuity of counsel and defense preparation,

2   Dated: April 15, 2005

3                                   Respectfully submitted,

4                                   QUIN DENVIR
                                    Federal Defender
5
                                    /s/ Mary M. French
6                                   _____
                                    MARY M. FRENCH
7                                   Assistant Federal Defender
                                    Attorney for Defendant
8                                   JAMES Q. LOZIER

9

10  Dated:  April 15, 2005          MCGREGOR W. SCOTT
                                    United States Attorney
11
12                                  /s/  Mary M. French for
                                         William S. Wong
13                                  _____
                                    WILLIAM S. WONG
14                                  Assistant U.S. Attorney
                                    per telephonic authorization
15

16                                  **ORDER**

17  **IT IS SO ORDERED.**

18  Dated: April 18, 2005

19                                  /s/ Frank C. Damrell Jr.
                                    _____
20                                  FRANK C. DAMRELL JR.
                                    United States District Judge

21

22

23

24

25

26

27

28

Stipulation & Order              2