```
QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES LOZIER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-04-453 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| JAMES LOZIER, ) | Date: July 11, 2005 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Hon. Frank C. Damrell |
| _____ ) | |

   It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of June 13, 2005 be vacated and a new Status Conference hearing date of July 11, 2005 at 9:30 a.m. be set.

   This continuance is being requested because defense counsel needs additional time to prepare, to review discovery materials, and to conduct ongoing investigation in this case.

   The period from June 13, 2005 through and including July 11, 2005 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local

1 | Code T4 based upon continuity of counsel and defense preparation.
2 | Dated: June 7, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Assistant Federal Defender
Attorney for Defendant
JAMES Q. LOZIER

Dated: June 7, 2005                MCGREGOR W. SCOTT
                                   United States Attorney


                                   /s/  Mary M. French for
                                        William S. Wong
                                   _____
                                   WILLIAM S. WONG
                                   Assistant U.S. Attorney
                                   per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: June 8, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge

Stipulation & Order                2