```
QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES QUANTRELLE LOZIER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-04-453 FCD |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| v. | |
| JAMES QUANTRELLE LOZIER, | Date: September 6, 2005 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Frank C. Damrell |

It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of August 29, 2005 be vacated and a new Status Conference hearing date of September 6, 2005 at 9:30 a.m. be set.

This continuance is being requested because defense counsel needs additional time to complete several tasks, including additional factual investigation that may bear on possible resolution of the case.

The period from August 29, 2005 through and including September 6, 2005 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and

Local Code T4 based upon continuity of counsel and defense preparation.

Dated: August 23, 2005

                                              Respectfully submitted,

                                              QUIN DENVIR
                                              Federal Defender

                                              /s/ Mary M. French
                                              _____
                                              MARY M. FRENCH
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              JAMES Q. LOZIER

Dated: August 23, 2005                MCGREGOR W. SCOTT
                                              United States Attorney

                                              /s/  Mary M. French for
                                                    William S. Wong
                                              _____
                                              WILLIAM S. WONG
                                              Assistant U.S. Attorney
                                              per telephonic authorization

                                              **ORDER**

**IT IS SO ORDERED.**

Dated: August 25, 2005

                                              <u>/s/ Frank C. Damrell Jr.</u>
                                              FRANK C. DAMRELL
                                              United States District Judge