```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2790
```



FILED

OCT 13 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFOR...

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-04-453 FCD |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S MOTION TO DISMISS** |
| | ) | **WITHOUT PREJUDICE** |
| v. | ) | |
| | ) | |
| JAMES QUANTRELLE LOZIER, | ) | |
|   aka Tyrone Outlaw, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   The United States of America, plaintiff herein, by and through its undersigned attorney, hereby moves to dismiss in the interest of justice, <u>without prejudice</u>, the Indictment filed against defendant James Quantrelle Lozier, filed with this Court on December 2, 2004.

   The United States of America moves to dismiss without prejudice the case against defendant James Quantrelle Lozier on the grounds of insufficient evidence due to a material witness changing or clarifying his identification testimony.  Said motion is made to

///
///
///
///

1

dismiss without prejudice so that the government could seek reindictment on this matter should new evidence be obtained.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

DATED: October 13, 2005        By: /s/ William S. Wong
                                   WILLIAM S. WONG
                                   Assistant U.S. Attorney

---

ORDER

IT IS SO ORDERED the case is dismissed without prejudice.

DATED: October 13

HONORABLE FRANK C. DAMRELL, JR.,
United States District Court Judge